# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MODIFICATION OF THE MAGISTERIAL DISTRICTS WITHIN THE 15th JUDICIAL DISTRICT OF THE COMMONWEALTH OF PENNSYLVANIA | **:**<br>**:**<br>**:**<br>**:** | NO. 450<br><br>MAGISTERIAL RULES DOCKET |

## ORDER

### PER CURIAM

     **AND NOW,** this 27th day of January, 2021, upon consideration of the Request of the President Judge of the Fifteenth Judicial District (Chester County) to eliminate Magisterial District 15-1-05 and realign Magisterial Districts 15-1-03 and 15-3-07 of the Fifteenth Judicial District (Chester County) of the Commonwealth of Pennsylvania, it is hereby ORDERED AND DECREED that the Request is granted. The election for Magisterial District 15-1-05 shall not be held in 2021. The elimination and realignment are effective January 3, 2022.

     Said Magisterial Districts shall be as follows:

| | |
|---|---|
| Magisterial District 15-1-03<br>Magisterial District Judge Gregory V. Hines | City of Coatesville<br>South Coatesville Borough |
| Magisterial District 15-3-07<br>Magisterial District Judge Nancy A. Gill | Atglen Borough<br>East Fallowfield Township<br>Highland Township<br>Londonderry Township<br>Modena Borough<br>Parkesburg Borough<br>Valley Township<br>West Fallowfield Township<br>West Sadsbury Township |